IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
### *IN FORMA PAUPERIS*

RECEIVED

2008 APR -2  A 10: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff(s): Mark A. Byrd /142221

v.

Defendant(s): Warden K. Jones, et al

2:08-CV-244-MHT

I, Mark A. Byrd, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )   No (X)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. **N/A**

    B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. **July 2007 $7/hr JW Cooper Construction, Indiana**

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession, or form of self-employment?   Yes ( )   No (X)

    B. Rent payments, interest, or dividends?   Yes ( )   No (X)

    C. Pensions, annuities, or life insurance payments?   Yes ( )   No (X)

    D. Gifts or inheritances?   Yes ( )   No (X)

    E. Any other sources?   Yes ( )   No (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____      No _X_

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____      No _✓_

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _N/A_____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___3-25-08_____.
                (Date)

_Mark Byrd 142221_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _0.01_ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said ____BULLOCK COUNTY CORR. FACILITY____ institution:

_____

_3-25-08_
DATE

_D. Cunningham_
AUTHORIZED OFFICER OF INSTITUTION

Rule 22

BULLOCK COUNTY CORR. FACILITY

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               BULLOCK CORRECTIONAL FACILITY


AIS #: 142221      NAME: BYRD, MARK A.            AS OF: 03/25/2008

                  # OF        AVG DAILY       MONTHLY
         MONTH    DAYS        BALANCE         DEPOSITS
------------------------------------------------------------------

         MAR       6          $0.00           $0.00
         APR      30          $0.00           $0.00
         MAY      31          $0.00           $0.00
         JUN      30          $0.00           $0.00
         JUL      31          $0.00           $0.00
         AUG      31          $0.00           $0.00
         SEP      30          $0.00           $0.00
         OCT      31          $0.00           $0.00
         NOV      30          $0.00           $0.00
         DEC      31          $0.00           $0.01
         JAN      31          $0.01           $0.00
         FEB      28          $0.01           $0.00
         MAR      25          $0.01           $0.00
```

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY