# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**MARK ALAN BYRD** (142221),    \*

                            \*

    Plaintiff,           \*

                            \*

VS.                    \*      **<u>2:08-cv-244-MHT</u>**

                    \*

**WARDEN K. JONES, et al**,    \*

                            \*

    Defendants.

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COME NOW, *Warden Kenneth Jones, Warden Sandra Giles, Officer Willie Byrts, Sergeant Henry Ruffin, Officer Michael Holcey, and Officer Jackie Pettway*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X       This party is an individual, or

    X       This party is a governmental entity, or

    X       There are no entities to be reported, or

       The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>             <u>Relationship to Party</u>

_____   _____

_____   _____

RESPECTFULLY SUBMITTED,  this the 16th day of May 2008.

TROY KING
ATTORNEY GENERAL
By:


/s/ *BETTIE J. CARMACK*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433


## CERTIFICATE OF SERVICE


This is to certify that I have on this **16th** day of **May**, **2008**, served copies of the

foregoing *Answer and Special Report* upon the plaintiff by depositing same in the United

States Mail, addressed as follows:

**Mark Alan Byrd**
**AIS # 142221**
**Bullock Correctional Facility**
**P. O. Box 5107**
**Union Springs, AL 36089**


/s/ *BETTIE J. CARMACK*
Bettie J. Carmack (CAR -132)
ASSISTANT ATTORNEY GENERAL

2