IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MARK ALAN BYRD, #142 221 | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-244-MHT |
| WARDEN K. JONES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 11*) is GRANTED; and

2. Defendants are GRANTED an extension from May 19, 2008 to and including June 9, 2008 to file their answer and written report.

Done, this 19th day of May 2008.

                                        /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE