IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARK ALAN BYRD, #142 221** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **2:08-CV-244-MHT** |
| | ) | |
| **WARDEN K. JONES,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to the U.S. District Court for the Middle District of Alabama, Order No. 00-3047, Defendant Allen K. Valaer makes the following disclosure:

1. This party is an individual.

       */s/ James A. Hoover*
       James A. Hoover
       Attorney for Defendant
       ALLEN VALAER

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Disclosure Statement has been served on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, on this the 20th day of May 2008:

Bettie J. Carmack, Esq.
Alabama Attorney General's Office
11 South Union Street
Montgomery, Alabama 36130

Mark Alan Byrd
AIS 142221
ADOC BULLOCK
Bullock Correctional Facility
Post Office Box 5107
Union Springs, Alabama 36089-5107

                                      /s/ James A. Hoover
                                      OF COUNSEL