IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2008 JUN 27 A 10: 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARK ALAN BYRD #142221
　　　　Plaintiff,

V.   Case No. 2:08-CV-244-MHT (WO)

WARDEN K. JONES, et al.
　　　　Defendant.

## NOTICE OF CHANGE OF ADDRESS

Comes now the plaintiff, pro se, and hereby gives this Court proper notice of change of address. Although the plaintiff has not moved or been released the institution of his confinement has now instituted a new policy that all mail, including legal mail, will be rejected if not properly addressed as follows:

> Mark A. Byrd #142221
> Bullock Correctional Facility
> P.O. Box 5107 (Dorm G2-9A)
> Union Springs, AL 36089

Done this 10th day of June, 2008.

　　　　　　　　　　　　　Mark A. Byrd 142221
　　　　　　　　　　　　　Plaintiff, pro se

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Change of Address upon counsel for the defendants on this 11th day of June, 2008, by placing the same in the US Mail legal mail box at Bullock prison being properly addressed as follows:

Bettie J. Carmack
Asst. Attorney General
Civil Litigation Division
11 South Union Street
Montgomery, AL 36130

Mark A. Byrd 142221
Plaintiff, pro se

Mark A. Byrd #142221
Bullock Corr. Facility
P.O. Box 5107 (G2-9A)
Union Springs, AL 36089



Legal mail

Clerk of the Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711