IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MARK ALAN BYRD, #142 221 | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-244-MHT |
| WARDEN K. JONES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion to compel. Plaintiff's motion has been read, considered and is due to be denied. Accordingly, it is

ORDERED that the motion to compel (*Doc. No. 21*) be and is hereby DENIED.

Done, this 1st day of July 2008.

　　　　　　　　　　　　　　 /s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE