IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARK ALAN BYRD, 142???
    Plaintiff,

V.                                                                              2:08-CV-244-MHT

WARDEN K. JONES, et al.,
    Defendants.

## MOTION TO SUPPLEMENT THE RECORD

Comes now the plaintiff, pro se, and hereby moves this Honorable Court to allow him to supplement the record in this case to include the attached exhibit and in support thereof would show unto the Court as follows:

1) The plaintiff has previously submitted affidavits in this case intended to show the discriminatory attitude of the staff in general at Bullock toward whites.

2) The affidavit of John Duncan at paragraph six specifically references "religious material" that

is allowed to be openly displayed that directs dislike for whites.

3) The attached exhibit is an article from a Muslim periodical. The article is entitled "Revelation followed By Persecution". It is a two-page spread that very directly states that the white man is the enemy of the black man. It is explicit in its language and should not be allowed to be openly displayed on a bulletin board in the main hallway. The plaintiff at this time directs the Court's attention to this exhibit and respectfully asks the Court to read it in its entirety.

4) In order for any "religious" material to be placed on the bulletin board it must be approved by the chaplain, Steve Walker. It is plain to see that Chaplain Walker's signature appears on the bottom of both pages of the article thereby giving the approval of the staff for the placement of the obvious hate-oriented material.

5) The article has just come into the possession of the plaintiff after another white inmate removed it from its display without the knowledge or permission of the staff. He brought it to the plaintiff to submit to the Court. The plaintiff

is allowed to be openly displayed that directs dislike for whites.

3) The attached exhibit is an article from a Muslim periodical. The article is entitled "Revelation followed By Persecution". It is a two-page spread that very directly states that the white man is the enemy of the black man. It is explicit in its language and should not be allowed to be openly displayed on a bulletin board in the main hallway. The plaintiff at this time directs the Court's attention to this exhibit and respectfully asks the Court to read it in its entirety.

4) In order for any "religious" material to be placed on the bulletin board it must be approved by the chaplain, Steve Walker. It is plain to see that Chaplain Walker's signature appears on the bottom of both pages of the article thereby giving the approval of the staff for the placement of the obvious hate-oriented material.

5) The article has just come into the possession of the plaintiff after another white inmate removed it from its display without the knowledge or permission of the staff. He brought it to the plaintiff to submit to the Court. The plaintiff

has no way of obtaining copies for fear of retaliation or confiscation of the exhibit.

6) The plaintiff submits that the attached exhibit, along with other evidence submitted, plainly shows the discriminatory attitude of the staff at Bullock and therefore precludes summary judgement.

WHEREFORE, premises considered, the plaintiff moves this Honorable Court to allow him to supplement the record with the attached "Supplemental Exhibit A" and allow this case to proceed in accordance with law.

Respectfully Submitted,

_Mark A. Byrd  142221_
Mark A. Byrd  142221
Plaintiff, pro se

### VERIFICATION

I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge this 5th day of July, 2008.

_Mark A. Byrd_
Plaintiff, pro se

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2008, I did serve a copy of the foregoing Motion To Supplement the Record on counsel for the defendants by placing the same in the U.S. Mail, first-class postage prepaid, and properly addressed as follows:

Bettie Carmack
Asst. Attorney General
Civil Division
11 S. Union St.
Montgomery, AL 36130

James A. Hoover, Esq.
c/o Burr-Forman
420 N. 20th St., Suite 3400
Birmingham, AL 35203

_Mark A. Byrd 142221_
Mark A. Byrd 142221
Plaintiff, pro se

Mark A. Byrd 142221
BCCF Dorm #2-23A
P.O. Box 5107
Union Springs, AL 36089



Clerk; U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

**LEGAL MAIL**

36101+0711

# REVELATION
## followed by PERSECUTION

[Editor's Note: The following text is excerpted from a message delivered by Minister Louis Farrakhan on March 25, 2001 at Mosque Maryam in Chicago.]

### by the Honorable Minister Louis Farrakhan

### In The Name of Allah, The Beneficent, The Merciful.

In order to be successful in establishing truth, we have to be imbued with the spirit of Allah (God). Otherwise, the persecution that follows revelation will prove to be too much and we will give up the truth to seek some comfort from those who would persecute us for the sake of truth. There is no such thing as revelation coming to a people and that revelation is not followed by persecution, insult, injury, torture and even prison or death, but, those who really believe in the Message and the Messenger are imbued with a kind of spirit that no matter what persecution they receive on account of the Word, they become stronger rather than weaker; they become bolder rather than more reticent; they have the spirit of a warrior; they want to fight for the truth and fight for the establishment of a truth that would set their people free. This is why the scripture says, *"Many are called but only a few are chosen."* Many will know it is the truth and love it, but, they will not have the strength to stand up for it under persecution or even unto death.

This particular prophecy in Isaiah is a forecast of The One that would come at the end of the world of Satan. Isaiah says, *"The spirit of the Lord God is upon me because the Lord hath anointed me to preach glad tidings unto the meek."* This scripture is talking about the Black man and woman of America who are meek in terms of how we face the onslaught of our enemies in terms of our inability to cast off the yoke of our oppressor. The glad tidings to the meek is that the end of your oppression has arrived and the end of your oppressor has arrived, and, the most beautiful part of this is that the God Who is prophesied to come has come and is present and chooses a foolish people. Well, that is us. I am not trying to put us down, but, we are definitely rather foolish. It is not your fault we were made foolish by our enemies, but, the Book says that He would choose a people who were once a great people but are no people at all now. He says, *"Thou shalt no more be the tail. Thou shalt be the head."*

As a Black person, Negro, Colored or African American, whatever you want to call yourself, you have such a poor view of yourself though you pray more than others, you go to church more than others, you shout more than others, you believe more deeply than others. Yet, you do not believe that Allah (God) would come to you, that He would choose you to bring a revelation that He has kept from the wise and the prudent men and the rulers of this world. Since you think like that, it is very difficult for you to see your value in this time.

No people in history have ever undergone what we have undergone. We have shown a tremendous ability to bounce back from the worst form of slavery and oppression. This tells us, as the Bible teaches, that you were not chosen for your righteousness. We are of the righteous but we are not acting that way. The scripture says that you were chosen out of the furnace of affliction because the furnace was designed for you to purify you and me, and, to make us the standard by which value would be measured. This is why the Bible says, *"God's coming would be as a refiner's fire and like Fullers' soap."* You are considered to be like gold that you find in the depth of the earth, but, gold has to be purified of the dross that is on it so it can shine and become a standard of value.

When Allah (God) chose the Arabs, He chose a people that were nothing. They were ignorant, divided and steeped in filth, yet, they were the choice of Allah (God) to raise Prophet Muhammad [PBUH] from among them and give them the greatest revelation that had been in the world up to that time— *the Qur'an.* After this Book was revealed, Islam captured the known world, then, the west was discovered by the Europeans and Europeans have built a world now that has literally overtaken the world of Islam. Yet, Allah (God) says in the Qur'an that, *"He sent His Messenger with the guidance and the true religion that He may make it overcome the religions—all of them."* Islam has been overcome by the powers of the western world. Why is that? It is because the Book (Qur'an) is here, the revelation is here, but, the real essence of the meaning of the Book is yet to come. The Book is designed to destroy Satan's world. The Book is designed to prepare the believers in this Book for the Hereafter, which the Honorable Elijah Muhammad said means *"Here on this earth after the destruction of the power of the wicked to rule."* A whole New World will come to the earth.

The most powerful country on earth is the

Case 2:08-cv-00244-MHT-WC    Document 24-2    Filed 07/10/2008    Page 2 of 2

21 (Supplemental Exhibit A cont.)    MAY 20, 2008

United States of America. It would be foolish for us to think that the prophets could see into the future and not see America in their prophetic utterances. It is a nation in which is another nation, an entire people swallowed up by another people and are oppressed by that powerful people, and, that people refuse to let you go or give you justice.

You have had to fight, bleed and die just to go to the toilet with White people, to eat at a lunch counter with White people, to sleep in a hotel or motel with White people. You have had to die to have the right to enter a boardroom of Corporate America and you still do not have what you need to be free. You refuse to believe that the rulers of America are your open enemies. This is because you do not know what an enemy is.

Everything in nature has a natural enemy. An enemy is one who would deprive you of life, freedom, justice, equality, the pursuit of happiness, knowledge, wisdom, understanding, love, peace, brotherhood and unity. Who is the natural enemy of Allah (God) and the natural enemy of the Black man?

I have dogs at our farm and I have cats. At first they were natural enemies and would fight each other, but, since some of them grew together, the cat can lie down with the dog, but, I have other dogs that have never had that experience, and, if I let those dogs out of the kennel, they would kill every cat in sight; they would kill the sheep. So, enemies can grow together, and, when they get use to each other they forget that they are enemies, but, I watch when it is time to eat and the dog that appeared to be a friend of the cat will fight the cat. The dog gets confused sometimes, and, I see him going around the female cat.

He can't do anything, but, the tomcat does not like that. It seems like they get a little upset, and, the nature comes out in them because they are natural enemies. It should be easy for you to understand that you have had an enemy in order for you to be deprived of what it takes to have happiness, freedom, justice, equality, knowledge, wisdom, understanding, love, peace, happiness and unity. The minute we try to unite, there is always somebody from the outside that feels threatened by our unity; they break it up.

**Your enemy** never wants to see you independent of him. He must always be the



The Honorable Minister Louis Farrakhan

> 'Everything in nature has a natural enemy. An enemy is one who would deprive you of life, freedom, justice, equality, the pursuit of happiness, knowledge, wisdom, understanding, love, peace, brotherhood and unity.'

master and you must always be the servant. And when you try to escape being a servant he finds devious ways to get you back under his wings. He makes you an offer that you cannot refuse—an offer in money backed by guns and gangsters. You do not have an army and the lure of money gets you. So, Beatrice Foods is now back in the hands of Caucasians. Motown is owned by Caucasians. Ultra Sheen is owned by Caucasians. BET (Black Entertainment Television) has been taken over by Caucasians. Russell Simmons struggled with Def Jam records, Def Jam Comedy, and they gave him an offer. Now he works for them.

Mr. Bob Johnson, the former owner of BET, now works for Viacom. He received more than a billion dollars, but, what is the dollar? It is a piece of paper with a White man's face on it and the value of that paper is going down every day that we live so what you have is nothing. They call it a partnership, but, all the while they are trying to find a way to take it from you. Why? Because independence is too much for you. You will begin to think that you are equal to them and you must never think that. In their mind, you, your children, your grandchildren and your great grandchildren must always be servants to your former slave masters and their children.

You may say, *"Well, we are the enemies of ourselves."* Allah (God) did not make you that way. White people made you that way. Allah (God) made a man in His own image and after His own likeness, and, unless you are what Allah (God) made you, you are exactly what the White man made you, and, he made you a nigger, a coon, a shine, a ham bone, a colored boy, a worthless nothing. The sad thing is, that is the way we think about ourselves. That is why it is so easy for you as a brother to shoot down your own brother, because you do not see him as your brother. If he doesn't wear the same color, if he doesn't have the same sign, if he doesn't live in the same neighborhood, then, he is something different from you. That is ignorance, and, that ignorance allows the enemy to feed you guns, feed you drugs, and make you the number one killer of yourself and your people.

You have got an enemy, brother, but, I want to acquaint you with your friend.

Thank you.