IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| MARK ALAN BYRD, #142 221 | * |
| Plaintiff, | * |
| v. | *     2:08-CV-244-MHT |
| WARDEN K. JONES, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's July 10, 2008 pleading, construed as a motion to supplement opposition with exhibit, and for good cause, it is

ORDERED that the motion (*Doc. No. 24*) be and is hereby GRANTED.

Done, this 11th day of July 2008.

　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE