IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK ALAN BYRD, #142 221, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-244-MHT |
| | ) | (WO) |
| | ) | |
| WARDEN KENNETH JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The magistrate judge entered a recommendation in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1) The recommendation (Doc. #45) of the magistrate judge is adopted.

(2) This case is dismissed without prejudice due to the plaintiff's failures to prosecute this action and to comply with the orders of this court.

A separate judgment shall issue.

DONE, this the 17th day of May, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE