IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK ALAN BYRD, #142 221, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-244-MHT |
| ) | (WO) |
| ) | |
| WARDEN KENNETH JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is ORDERED and ADJUDGED that this case is dismissed without prejudice.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of May, 2010.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE